CALEB G. COLLINS, Respondent, *v.* HORACE F. BURROUGHS, Appellant.

(Argued June 3, 1895; decided June 14, 1895.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made March 5, 1895, which affirmed an order of Special Term denying a motion by defendant for an order of reference.

*James M. Hunt* for appellant.

*B. E. Valentine* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

SALVATORE CANTONI, Respondent, *v.* ELSA FORSTER, Appellant.

(Argued June 4, 1895; decided June 14, 1895.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made May 17, 1895, which affirmed an order of Special Term continuing *pendente lite* an injunction.

*Samuel H. Randall* for appellant.

*Louis Edwin Bomeisler* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.